# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>interTouch Holdings LLC,<br><br>        Debtor. | Chapter 11<br><br>Case No. 18-12772 (_) |
| In re:<br><br>interTouch Topco LLC,<br><br>        Debtor. | Chapter 11<br><br>Case No. 18-12773 (_) |

**COMBINED CORPORATE OWNERSHIP STATEMENT AND LIST OF EQUITY INTEREST HOLDERS PURSUANT TO FEDERAL RULES OF BANKRUPTCY PROCEDURE 1007(A)(1), 1007(A)(3) AND 7007.1**

Pursuant to Rules 1007(a)(1), 1007(a)(3) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the debtors and debtors-in-possession (collectively, the "Debtors") respectfully represent and set forth as follows:

1. Non-Debtor ST Holdings LLC, a Florida limited liability company, owns 100% of the equity interests in Debtor interTouch Topco LLC, a Delaware limited liability company.

2. Debtor interTouch Topco LLC, a Delaware limited liability company, owns 100% of the equity interests in Debtor interTouch Holdings LLC, a Delaware limited liability company.

Dated: December 10, 2018
      Wilmington, Delaware

KLEIN LLC

*/s/ Julia B. Klein*
Julia B. Klein (Bar No. 5198)
919 North Market Street

Suite 600
Wilmington, Delaware 19801
Phone: (302) 438-0456
Fax: (302) 300-1733

*Counsel for interTouch Holdings LLC and interTouch Topco LLC*