# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| interTouch Holdings LLC, | Case No. 18-12772 (BLS) |
| Debtor. | |
| In re: | Chapter 11 |
| interTouch Topco LLC, | Case No. 18-12773 (BLS) |
| Debtor. | Joint Administration Requested |

## NOTICE OF HEARING ON DECEMBRER 20, 2018 AT 9:30 A.M. (ET)

PLEASE TAKE NOTICE THAT, at the direction of the Court, a hearing will be held in the above-captioned cases on **December 20, 2018 at 9:30 a.m. (ET)** (the "Hearing") at 824 N. Market Street, 6th Floor, Courtroom #1, Wilmington, Delaware 19801. The Honorable Brendan Shannon will preside over the Hearing.

PLEASE TAKE FURTHER NOTICE THAT parties wishing to participate in the Hearing telephonically should contact CourtCall at 866-582-6878 to arrange an appearance.

Dated: December 14, 2018
      Wilmington, Delaware        KLEIN LLC

*/s/ Julia B. Klein*
Julia B. Klein (Bar No. 5198)
919 North Market Street
Suite 600
Wilmington, Delaware 19801
Phone: (302) 438-0456
Fax: (302) 300-1733

*Proposed Counsel for the Debtors and Debtors-in-Possession*