# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>INTERTOUCH TOPCO LLC, *et al.*,<br><br>　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 18-12773 (BLS)<br><br>Jointly Administered<br>**Re: Docket No. 4** |

## ORDER DISMISSING THE DEBTORS' CHAPTER 11 CASES PURSUANT TO SECTIONS 1112(b) AND 305(a) OF THE BANKRUPTCY CODE

Upon consideration of the motion (the "Motion to Dismiss")[1] of Gate Worldwide Holdings LLC seeking entry of an order pursuant to sections 105, 349(a), 1112(b) and/or 305(a) of title 11 of the United States Code, 11 U.S.C. § 101-1532 (the "Bankruptcy Code") dismissing the Chapter 11 cases of interTouch Topco LLC ("Topco") and interTouch Holdings LLC ("interTouch") with prejudice and all pleadings and evidence related thereto; and the Court having jurisdiction over the Motion pursuant to sections 157 and 1334 of title 28 of the United States Code; and due and proper notice of the Motion having been provided; and it appearing that no other or further notice need be provided; and the Court having determined that the relief sought in the Motion is in the best interest of the Debtors' estates, its creditor(s), and all parties-in-interest; and the Court having determined that the legal and factual bases set forth in the Motion and at the hearing establish just cause for the relief granted herein, and after due deliberation and sufficient cause appearing therefor; it is hereby

ORDERED that the Motion is GRANTED in its entirety; and it is further

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion to Dismiss.

ORDERED that the above-captioned chapter 11 cases of the Debtors are DISMISSED WITH PREJUDICE against the Debtors from filing another case under any chapter of the Bankruptcy Code for a period of six months from the date of this Order without first obtaining leave from this Court to file a new bankruptcy case on notice to Gate Worldwide Holdings LLC; and it is further

ORDERED that notwithstanding any possible application of Federal Rules of Bankruptcy Procedure 6006(d), 7062, 9014 or otherwise, the terms and conditions of this Order shall be effective immediately and enforceable upon its entry; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine any motion for sanctions as well as all matters arising from the implementation of this Order.

Dated \_\_1/10\_\_, 2019
Wilmington, Delaware

The Honorable Brendan L. Shannon
United States Bankruptcy Judge